UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
DRUG MART PHARMACY CORP., et al.,

                Plaintiffs,

     -against-

AMERICAN HOME PRODUCTS, CORP.,
et al.,

                Defendants.
-------------------------------------------------x

ORDER
93-CV-5148 (ILG)

This document relates to following action
consolidated into case number 93-CV-5148
pursuant to the Court's May 22, 2002
Consolidation Order

F&M Distributors, Inc., et al. v.
Abbott Laboratories, et al., 02CV2508
-------------------------------------------------x
GLASSER, United States District Judge:

     WHEREFORE, it appearing to the Court that the Sherman Act claims of plaintiffs in the above-captioned matter have previously been released, dismissed and/or abandoned, against Novartis Pharmaceuticals Corporation, Ciba-Geigy Corporation (now merged into Novartis Pharmaceuticals Corporation), G.D. Searle & Co., Johnson & Johnson, Marion Merrel Dow Inc. (now Aventis Pharmaceuticals Inc.), Rhone Poulenc Rorer Inc. (now Aventis Pharmaceuticals Inc.), Sandoz Pharmaceuticals Corporation (now merged into Novartis Pharmaceuticals Corporation), Hoffmann-LaRoche Inc., Knoll Pharmaceutical Company (now owned by Abbott Laboratories) and The Purdue Frederick Company.

     IT IS ORDERED that said Motion to Dismiss is granted and any and all of the Sherman Act claims against Novartis Pharmaceuticals Corporation, Ciba-Geigy Corporation (now merged into Novartis Pharmaceuticals Corporation), G.D. Searle &

Co., Johnson & Johnson, Marion Merrel Dow Inc. (now Aventis Pharmaceuticals Inc.), Rhone Poulenc Rorer Inc. (now Aventis Pharmaceuticals Inc.), Sandoz Pharmaceuticals Corporation (now merged into Novartis Pharmaceuticals Corporation), Hoffmann-LaRoche Inc., Knoll Pharmaceutical Company (now owned by Abbott Laboratories) and The Purdue Frederick Company brought in this action by the Plaintiffs in *F&M Distributors, Inc. v. Abbott Laboratories,* No. 02 CV 2508 are dismissed with prejudice and without costs to any party.

Dated:    Brooklyn, New York
          September 16, 2003

                                                  _____
                                                  I. Leo Glasser

Copies sent by facsimile on September 10, 2003, to:

Paul E. Slater, Esq.
Sperling & Slater, PC
312-641-6492

Richard L. Coffman, Esq.
Richard L. Coffman, PC
409-832-9901

James C. Egan, Jr., Esq.
Clifford Chance US LLP
202-912-6000

Wayne A. Cross, Esq.
White & Case, LLP
212-354-8113

John W. Treece, Esq.
Sidley Austin Brown & Wood
312-853-7036

William F. Cavanaugh, Esq.
Patterson Belknap Webb & Tyler
212-336-2222

Victoria L. Smith, Esq.
Stinson Morrison Hecker LLP
816-691-3495

Donald I. Strauber, Esq.
Chadbourne & Parke LLP
212-541-5360

Sanford M. Pastroff, Esq.
Sonnenschien Nath & Rosenthal LLP
312-876-7934

Terrence A. Callan, Esq.
Pillsbury Winthrop LLP
415-983-1200