# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRUG MART PHARMACY CORP., et al., )<br>　　　Plaintiffs, )<br> )<br>　　　v. )<br> )<br>AMERICAN HOME PRODUCTS, CORP., )<br>et al., )<br>　　　Defendants. )<br> ) | No. 93 CIV 5148 (ILG)(SMG) |

### NOTICE OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATED TO TRADE ASSOCIATION ACTIVITIES OF THE "PHARMACEUTICAL PARTNERS FOR BETTER HEALTHCARE" OR THE INTERNATIONAL PHARMACEUTICAL COMPANIES WHO ATTENDED "INTERPHARMA" HOSTED MEETINGS AT THE DOLDER HOTEL IN SWITZERLAND

TO:　　Counsel on the Attached Certificate of Service

　　　　PLEASE TAKE NOTICE THAT, upon the annexed declaration of Peter C. Trimarchi dated August 13, 2004, the exhibits annexed thereto, the accompanying memorandum of law, and all prior proceedings had herein, the undersigned defendants will move this Court for an Order precluding admission of evidence relating to trade association activities of the "Pharmaceutical Partners for Better Healthcare" or the international pharmaceutical companies who attended "Interpharma" hosted meetings at the Dolder Hotel in Switzerland, pursuant to the Revised Scheduling Order dated August 10, 2004, or as soon thereafter as counsel may be heard.

This motion is based upon and supported by the reasons set forth in the accompanying Memorandum of Law.

Dated:  August 13, 2004                         Respectfully submitted,

                                                WHITE & CASE LLP


                                                By:  /s/ Wayne A. Cross
                                                    Wayne A. Cross (WC 3027)
                                                    Robert A. Milne (RM 6285)
                                                    Michael J. Gallagher (MG 2165)


                                                1155 Avenue of the Americas
                                                New York, New York 10036
                                                (212) 819-8200
                                                (212) 354-8113 (Fax)


                                                Attorneys for Defendants Novartis
                                                Pharmaceuticals Corporation, Ciba-Geigy
                                                Corporation (now merged into Novartis
                                                Pharmaceuticals Corporation) and Sandoz
                                                Pharmaceuticals Corporation (now merged into
                                                Novartis Pharmaceuticals Corporation)

**Attorneys for Abbott Laboratories**

J. Andrew Langan, Esq.
Nader Boulos, Esq.
James J. Boland
Christopher Turner
Kirkland & Ellis LLP
Suite 5400
200 East Randolph Drive
Chicago, IL  60601-6636
Phone:  (312) 861-2000
Fax:      (312) 861-2200

**Attorneys for Marion Merrell Dow Inc. (now known as Aventis Pharmaceuticals Inc.)**

David E. Everson, Esq.
Victoria Smith, Esq.
Stinson Morrison Hecker LLP
1201 Walnut Street - #2800
Kansas City, MO  64106
Phone:  (816) 842-8600
Fax:      (816) 691-3495

**Attorneys for Johnson & Johnson**

William F. Cavanaugh, Jr., Esq.
Cecilia Loving, Esq.
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY  10036-6710
Phone:  (212) 336-2000
Fax:      (212) 336-2222

**Attorneys for Pfizer Inc.**

David Klingsberg, Esq.
David Copeland, Esq.
Robert Grass, Esq.
Kaye, Scholer, Fierman, Hays & Handler, LLP
425 Park Avenue
New York, NY  10022
Phone:  (212) 836-8000
Fax:      (212) 836-7148

**Attorney for Hoffmann-LaRoche Inc.**

James Egan, Esq.
Weil Gotshal & Manges, LLP
1501 K Street, Suite 100
Washington, D.C.  20005
Phone:  (202) 434-0757
Fax:      (202) 434-0800

**Attorneys for Rhone-Poulenc Rorer, Inc. (now known as Aventis Pharmaceuticals Inc.)**

Terrence A. Callan, Esq.
Patrick S. Thompson, Esq.
Marci A. Reichback, Esq.
Pillsbury Winthrop LLP
50 Fremont Street, 5th Floor
San Francisco, CA  94105
Phone:  (415) 983-1000
Fax:      (415) 983-1200

**Attorney for G.D. Searle & Co.**

John Treece, Esq.
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603-2279
Phone:  (312) 853-7427
Fax:      (312) 853-7036

**Attorneys for The Upjohn Company**

Scott A. Stempel, Esq.
Christine A. Laciak, Esq.
Morgan, Lewis & Bockius L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Phone:  (202) 739-5211
Fax:      (202) 739-3001

**Attorneys for Ciba-Geigy Corporation and Sandoz Pharmaceuticals Corporation (now merged into Novartis Pharmaceuticals Corporation**

Wayne Cross, Esq.
Robert A. Milne, Esq.
Michael Gallagher, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787
Phone:  (212) 819-8200
Fax:      (212) 354-8113

**Attorney for SmithKline Beecham Pharmaceuticals Co.**

Mark Stewart, Esq.
Ballard, Spahr, Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Phone:  (215) 864-8225
Fax:      (215) 864-9792