# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET•4TH FLOOR•ALBANY, NY 12207•PH: 518.434.0600•FX: 518.434.0665

August 22, 2012

**VIA ECF**
Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York   11201

Re:   Drug Mart Pharmacy Corp., et al. v. American Home Products, et al.
       No. 93-CV-5148 (ILG) (SMG) (E.D.N.Y.)

Dear Judge Gold:

In the Court's minute order of August 16, 2012, your Honor required the parties to submit a report by September 7, 2012 on how they intend to proceed. In order to have sufficient time to confer with our clients in advance of a meet and confer among the attorneys, we request a two-week extension to September 21, 2012. We have confirmed with Defendants that the requested date is acceptable.

Respectfully yours,

Michael I. Endler

cc:  Counsel for Defendants (via ECF)